**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
ARNOLDO ULLOA,                 )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 12-75 (RWR)
                               )
SECURITY ASSURANCE MANAGEMENT, )
INC., et al.,                  )
                               )
        Defendants.            )
_____)
                               )
VERNON KIRBY, et al.,          )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 13-870 (RWR)
                               )
SECURITY ASSURANCE MANAGEMENT, )
INC., et al.,                  )
                               )
        Defendants.            )
_____)
```

### ORDER

In light of Plaintiff's Motion [63] to Consolidate filed in Ulloa v. Security Assurance Management, Inc., et al., Civil Action No. 12-75 (RWR), it is hereby

ORDERED that the motion be, and hereby is, GRANTED. The Clerk shall consolidate that case with Kirby, et al. v. Security Assurance Management, et al., Civil Action No. 13-870 (RWR) and close out Civil Action No. 13-870. The parties shall file all future filings on the docket of Civil Action No. 12-75 only, and

-2-

label Civil Action No. 12-75 as the only case number in the captions, but employ both case names in the captions as appears above.  It is further

ORDERED that the status conference scheduled for September 4, 2013 shall be held for this consolidated case rather than for only the original Civil Action No. 12-75.

SIGNED this 29th day of August, 2013.

                                                   /s/
                                    RICHARD W. ROBERTS
                                    Chief Judge