UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNOLDO ULLOA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SECURITY ASSURANCE MANAGEMENT, INC. ) | |
| and RUSSELL STEPHENS, ) | |
| ) | |
| Defendants. ) | |
| ) | Civil Action No.: 12-cv-00075-RWR |
| VERNON KIRBY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SECURITY ASSURANCE MANAGEMENT, INC. ) | |
| and RUSSELL STEPHENS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AMENDED SCHEDULING ORDER**

Upon consideration of the request to extend the deadlines contained in the ~~May 14,~~ September 20, 2013 Scheduling Order, it is hereby

ORDERED that:

1. This case shall proceed with the following deadlines:

| | |
|---|---|
| Commence ADR/Mediation | N/A |
| Supplemental Initial disclosures, if necessary | N/A |
| Proponent's expert witness designations | N/A |
| Opponent's expert witness designations | N/A |
| Motion to certify collective action | January 6, 2014 |
| **All** Discovery closed | February 6, 2014 |

1

2. The post-discovery status conference currently scheduled for January 10, 2014 at 9:15 am, will be reset for the following date and time: _February 7, 2013 at 11:00 a.m._. If settlement is not reached, a pretrial conference and trial date will be selected. Parties must be prepared at the status conference to advise the Court of the expected length of trial and the number of fact and expert witnesses that each party will present, and whether the electron courtroom will needed. Trial counsel themselves must appear at all hearings, unless excused by the Court in advance of the hearing date.

SIGNED this 3rd day of December, 2013

/s/ Richard W. Roberts
RICHARD W. ROBERTS
Ch. United States District Judge