**BBL**
**BLAU, BROWN & LEONARD, LLC**

224 West 30th Street, Suite 1205 • New York, New York 10001 • Tel 212.725.7272 • Fax 212.488.4848

MEMBERS OF NY, NJ & PA BARS

WWW.BBPC-LAW.COM

February 6, 2014

**VIA ECF**
Chief Judge Richard W. Roberts
United States District Court
for the District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

       Re: *Ulloa v. Security Assurance Management Inc.*
          Docket No. 1:12 CV 00075 (RWR)

Dear Judge Roberts,

  This office represents the Plaintiffs in the above referenced matter. The parties to this litigation are pleased to inform the Court that this matter has been resolved. The parties are in the process of finalizing the settlement documents. It is respectfully requested that the conference scheduled before your Honor tomorrow be adjourned.

  We anticipate filing the Stipulation of Discontinuance shortly.

            Very truly yours,

            s/ Shelly A. Leonard

            Shelly A. Leonard

SAL/tt

cc: James E. Rubin, Esq. (via ECF)
   O'Kelly E. McWilliams, Esq. (via ECF)