## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARNOLDO ULLOA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-75 (RWR) |
| | ) | |
| SECURITY ASSURANCE MANAGEMENT, INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| VERNON KIRBY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-870 (RWR) |
| | ) | |
| SECURITY ASSURANCE MANAGEMENT, INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Arnoldo Ulloa, Vernon Kirby and Robert Johnston, pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) dismiss the above matters with prejudice as to all counts and as to all defendants.

Respectfully submitted,

BLAU BROWN & LEONARD, LLC                GORDON & REES LLP


_____/s/_____            _____/s/_____
Shelly A. Leonard                         O'Kelly E. McWilliams III  (signed by
*Pro Hac Vice*                            James Rubin w/permission)
23 Green Street, Suite 303                 700 12th Street, NW, Suite 1050
Huntington, New York 11743                Washington, DC 20005
(631) 458-1010                            202-399-1009
(631) 458-1011 Facsimile                  (Facsimile) 202-800-2999
                                          *Counsel for Defendants.*

THE RUBIN EMPLOYMENT LAW
FIRM, P.C.
James E. Rubin, Bar No. 15605
11 North Washington Street, Suite 520
Rockville, MD 20850
Telephone: (301) 760-7914

*Counsel for Plaintiffs*